IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WOODIE THOMPSON, | ) |
| PLAINTIFF, | ) |
| v. | ) CASE NO. 2:08-cv-287-MEF |
| FREEDOM PATROL and TONY WRATCHFORD, | ) (WO- Not Recommended for Publication) |
| DEFENDANTS. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the Court and upon consideration of the testimony and evidence presented at the October 27, 2009 hearing on damages and the record as a whole, it is ORDERED and ADJUDGED as follows:

1) Judgment is ENTERED against Defendants Freedom Patrol and Tony Wratchford and in favor of Plaintiff Woodie Thompson, in the amount of $ 70,000.00, consisting of compensatory damages in the amount of $50,000.00 and punitive damages in the amount of $20,000.00.

2) It is further ORDERED that costs are hereby TAXED against Defendants Freedom Patrol and Tony Wratchford and in favor of Plaintiff Woodie Thompson, for which execution may issue.

3) The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rules 55(b) and 58 of the Federal Rules of Civil Procedure and close this file.

DONE this the 27th day of October, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE